# Rickner PLLC

Sara Wolkensdorfer | sara@ricknerpllc.com

July 8, 2025

**Via ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re:   *Lora Mosquete v. City of New York et al.*, 1:24-cv-01591-PAE

Dear Judge Engelmayer:

We represent the Plaintiff in the above-captioned action and respectfully write to request the following a 30-day extension of the deadline to amend the pleadings. The current deadline is July 9, 2025, and therefore, Plaintiff requests an extension to Friday, August 8, 2025. This is Plaintiff's first request for an extension of the amendment deadline.

Plaintiff Richard Lora Mosquete brought the instant civil rights action against the City of New York ("the Defendant City") and New York Police Department ("NYPD") Officers Rafi J. Rodriquez Joaquin, Lejoe J. Endanattu, Luis Duman, Paris Giddins, and Timothy J. Marx (the "Individual Defendants") alleging causes of action for: excessive force and failure to intervene against the Individual Defendants; assault and battery, violation of the N.Y.C. Administrative Code § 8-807, and intentional and negligent infliction of emotional distress against all of the Defendants; and negligent hiring, screening, retention, supervision, and training against the Defendant City.

At the initial pretrial conference on June 9, 2025, defense counsel indicated that the arresting officers were not the officers who escorted Plaintiff to the hospital on the date of the incident. Plaintiff claims that while being escorted and treated at Columbia-Presbyterian Hospital, his ankles were cuffed, leading to his ankle injuries and eventual surgery. As such, the officers who took Plaintiff to the hospital are necessary parties to this action.

Plaintiff's counsel has reached out to defense counsel for assistance in identifying the officers who escorted Plaintiff to Columbia-Presbyterian. As the parties are working diligently to identify these officers and need additional time to do so, Plaintiff respectfully requests a 30-day extension of the amendment deadline. Defendants have indicated their consent.

We thank the Court for its time and attention to this matter.

Respectfully,

/s/

Sara Wolkensdorfer

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2025
       New York, New York