UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Richard Lora Mosquete

                      Plaintiff,          Case No. 24-cv-01591-PAE

-against-

The City of New York, et al.,

                      Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Sara J Wolkensdorfer
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SW7299    My State Bar Number is: 5353107

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Rickner PLLC
                    FIRM ADDRESS: 14 Wall Street, Suite 1603, New York, NY 10005
                    FIRM TELEPHONE NUMBER: 212-300-6506
                    FIRM FAX NUMBER: 888-390-5401

NEW FIRM:    FIRM NAME: Rickner Moskovitz LLP
                    FIRM ADDRESS: 14 Wall Street, Suite 4C, New York, NY 10005
                    FIRM TELEPHONE NUMBER: 212-300-6506
                    FIRM FAX NUMBER: 888-390-5401

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 14, 2024

                                                                   ATTORNEY'S SIGNATURE