UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LORA MOSQUETE,

                         Plaintiff,

            -v-

THE CITY OF NEW YORK *et al.*,

                    Defendants.

---

24 Civ. 1591 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

Counsel for plaintiff Richard Lora Mosquete move (1) to allow them to withdraw as counsel, and (2) for a 60-day stay of the proceedings to facilitate plaintiff's efforts to retain new counsel. Dkts. 33–35. The Court hereby sets the following schedule:

- Defendants shall respond by February 13, 2026.

- Plaintiff shall file a response, with his current counsel's assistance, by February 13, 2026, stating whether he opposes the application to withdraw and why. To the extent necessary to protect attorney-client confidentiality, the Court authorizes this response to be filed *ex parte* and under seal, provided, however, that an appropriately redacted version of this submission is publicly filed on the docket of this case.

For avoidance of doubt, the Court does not enter a stay at this time. All deadlines remain as previously set.

      SO ORDERED.

2

PAUL A. ENGELMAYER
United States District Judge

Dated:  February 6, 2026
        New York, New York