UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORA MOSQUETE,

                        Plaintiff,

    -v-                                     24 Civ. 1591 (PAE)

CITY OF NEW YORK *et al.*,                      ORDER

                        Defendants.

---

PAUL A. ENGELMAYER, District Judge:

       The order addresses a motion by counsel for plaintiff Lora Mosquete (1) to withdraw as counsel and (2) for a 60-day stay of the proceedings to facilitate Mosquete's efforts to retain new counsel (the "motion").

       On February 3, 2026, Mosquete's counsel filed the motion, attaching a properly sealed, *ex parte* declaration setting forth the bases for their withdrawal request. Dkts. 33–35. On February 6, 2026, the Court directed (1) defendants to respond and (2) plaintiff, with his current counsel's assistance, to state whether he opposes the application to withdraw and why.[1] Dkt. 36. On February 11, 2026, defendants responded, stating that they took no position on the withdrawal motion, but joined in the request for a 60-day stay if the Court were to grant the withdrawal motion. Dkt. 37. The same day, Mosquete's counsel filed a letter, stating that they had spoken with Mosquete, who requested a brief extension to state his position, which the Court granted. Dkts. 38–39. On February 17, 2026, Mosquete's counsel filed another letter, stating that they had "had a lengthy conversation" with Mosquete, who requested another brief

---

[1] The Court authorized Mosquete to file his response *ex parte* and under seal, to the extent necessary to protect attorney-client confidentiality. Dkt. 36.

extension, which the Court also granted. Dkts. 40–41. On February 25, 2026, Mosquete's counsel filed a third letter, stating that they were still unable to obtain their client's position on the motion, despite having "had two phone calls with him and answered all his questions, and then followed-up." Dkt. 42.

The Court hereby orders as follows:

- Mosquete's counsel shall furnish a copy of this Order to Mosquete forthwith. Upon such service, Mosquete's counsel shall promptly file a sworn declaration or affidavit, attesting that service was made and specifying the date(s) and means of such service.

- By **March 16, 2026**, Mosquete shall file, with his current counsel's assistance, (1) a motion for permission to file via ECF and (2) a notice of appearance on the docket of this case. The Court presently anticipates granting the motion for Mosquete's counsel to withdraw thereafter, for the reasons stated in counsel's *ex parte* declaration. *See* Dkt. 35.

- The Court hereby grants the request to stay all proceedings in this case for 60 days, to facilitate Mosquete's efforts to obtain new counsel. For avoidance of doubt, the March 6, 2026 case management conference is adjourned *sine dine*. **By May 1, 2026**, Mosquete shall submit a letter stating whether he has obtained new counsel or intends to proceed *pro se*. Should Mosquete intend to represent himself, he is encouraged to contact the Southern District's *pro se* unit at (212) 805-0175.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2026
       New York, New York