UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LORA MOSQUETE,

                         Plaintiff,

              -v-

THE CITY OF NEW YORK *et al.*,

                       Defendants.

24 Civ. 1591 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 10, 2026, the Court dismissed this case, without prejudice, based on plaintiff Richard Lora Mosquete's failure to prosecute. *See* Dkt. 48 ("Dismissal Order"). As described in the Dismissal Order, Lora had not responded to his attorneys' repeated outreach, which included efforts to assist him with preparing to proceed *pro se* in this case. He thus missed multiple Court-ordered deadlines.

Today, the Court received a letter from Lora, dated March 31, 2026, in an envelope bearing a "scheduled delivery day" of April 2, 2026. *See* Exhibit A (the "letter"). The letter states that Lora "received notice from [his] attorney on March 25, 2026" that he "must obtain a new attorney by April 3, 2026." It requests, *inter alia*, "an extension to secure proper legal counsel," calling the period between those two dates "very short."

The letter does not, however, comply with the Court's earlier orders to request permission to file by ECF and enter a notice of appearance in this case. And the letter's implication that Lora was unaware, before March 25, 2026, of the need to retain new counsel or follow the Court's instructions regarding *pro se* filings does not appear to be accurate. *See, e.g.*, Dkts. 40 (Lora's counsel informed him, on February 11, 2026, of their motion to withdraw), 42

(Lora did not respond to his counsel's repeated efforts, before February 25, 2026, to contact him regarding their motion to withdraw), 45 (Lora did not respond to his counsel's correspondence, including their mailing to him, before March 16, 2026, all forms required to file by ECF and enter a notice of appearance).

Accordingly, the letter does not supply any basis to disturb the Dismissal Order. This case shall remain closed. The Clerk of Court is respectfully directed the mail a copy of this order to Lora at the address provided in the letter:

Richard Rafael Lora Mosquete
511 West 165th St., Apt. 73
New York, NY 10032


SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 1, 2026
      New York, New York

# Exhibit A

Date: 03-31-2026

**Honorable Judge Paul A. Engelmayer**
United States District Court

**Re: Case No. 1:24-cv-01591-PAE**

**Dear Judge Engelmayer:**

I respectfully write to request the Court's assistance regarding critical evidence and additional time in my case.

I respectfully request that the Court order the preservation and review of any video recordings from NewYork-Presbyterian Hospital related to the incident involving me. These events occurred when I was transported from the 34th Precinct to the hospital, where I remained under police custody from the night into the following morning.

During that time, I was subjected to excessive force and improper conduct by a police officer. My ankles were tightly restrained and excessively bound, causing severe injury. When I was removed from the hospital stretcher, both of my feet were fractured. As a result, I had to undergo surgery on both my left and right feet. Additionally, due to the excessive force used, both of my hands required therapy.

I also respectfully inform the Court that video evidence of my arrest may exist. In those recordings, I can be heard questioning the officers about their claim that I had a knife on my bed, which is not true. I did not have any knife. I was forcibly removed from my room and exposed to the cold while I was already suffering from lung-related health issues.

Furthermore, I respectfully request an extension of time to obtain new legal representation. I received notice from my attorney on March 25, 2026, informing me that I must obtain a new attorney by April 3, 2026. This is a very short period of time, and I kindly request that the Court grant me an extension to secure proper legal counsel.

Your Honor, I respectfully ask for your consideration in ensuring that all relevant video evidence is obtained and reviewed, as it is essential to my case and has not been presented by prior counsel.

Thank you for your time and consideration.

Respectfully,

**Richard Rafael Lora Mosquete**
Richard Lm

511 W 165th St Apt 73
New York, NY 10032