UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LORA MOSQUETE,

                              Plaintiff,

              -v-

THE CITY OF NEW YORK *et al.*,

                              Defendants.

24 Civ. 1591 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This order resolves plaintiff Richard Lora Mosquete's motions (1) for leave to appeal *in forma pauperis*, Dkt. 51, and (2) for the Court to request *pro bono* counsel for him, Dkt. 53.

On April 10, 2026, the Court dismissed this case, without prejudice, based on Lora's failure to prosecute. *See* Dkt. 48. As described in that order, Lora had not responded to his attorneys' repeated outreach, which included efforts to assist him with preparing to proceed *pro se* in this case. He thus missed multiple Court-ordered deadlines, including after being warned that such would result in dismissal. *See also* Dkt. 49 (order docketing letter from Lora, and finding that it contained no basis to disturb the dismissal order).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from its orders issued April 10, 2026, May 1, 2026, or today would not be taken in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). For the same reasons, the Court also denies Lora's motion for the Court to request *pro bono* counsel for him.

The Clerk of Court is respectfully directed to terminate the pending motions at dockets 51 and 53, and to mail a copy of this order to Lora at the following address:

Richard Rafael Lora Mosquete
511 West 165th St., Apt. 73
New York, NY 10032


SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2026
       New York, New York

2